189 So.2d 580

**Leamon MILLER**

v.

**STATE of Alabama.**

**4 Div. 255.**

Supreme Court of Alabama.

Aug. 25, 1966.

Alice L. Anderson, Enterprise, for petitioner.

Richmond M. Flowers, Atty. Gen., opposed.

SIMPSON, Justice.

Petition of Leamon Miller for certiorari to the Court of Appeals to review and revise the judgment and decision in Miller v. State, 43 Ala.App. 287, 189 So.2d 576.

Writ denied.

LIVINGSTON, C. J., and MERRILL and HARWOOD, JJ., concur.